IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
:
v.  :  1:22CR276-1
:
WILLIAM FRANKLIN MCBRYDE  :

The Grand Jury charges:

From on or about June 28, 2020, continuing up to and including on or about November 18, 2021, the exact date to the Grand Jurors unknown, in the County of Rowan, in the Middle District of North Carolina, WILLIAM FRANKLIN MCBRYDE willfully did receive in and affecting commerce a firearm, that is, an SCCY 9mm handgun, while under indictment for a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that Indictment; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, WILLIAM FRANKLIN MCBRYDE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. SCCY 9mm handgun with serial number 487408.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: August 29, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: TERRY M. MEINECKE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON